UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CITY OF JEFFERSONVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:15-cv-00091-RLY-DML |
| ) | |
| CLINTON DECKARD and U.S. ) | |
| DEPARTMENT OF TREASURY, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING AGREED STIPULATION OF DISMISSAL**

The court, having reviewed the Agreed Stipulation of Dismissal (Filing No. 62), now **ADOPTS** its terms as an Order of this court. Therefore, the court **ADOPTS IN PART** the Magistrate Judge's Report and Recommendation (Filing No. 61), as set forth in the Stipulation. The U.S. Department of Treasury's Motion to Dismiss (Filing No. 52) and Clinton Deckard's Motion to Set Aside Entry of Default (Filing No. 49) are both **GRANTED**. The City of Jeffersonville's Complaint is hereby **DISMISSED**.

**SO ORDERED** this 27th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.